ADAM J. KARR (S.B. #212288)
akarr@omm.com
LAUREN A. ELKERSON (S.B. #274666)
lelkerson@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California  92660-6429
Telephone:    (949) 823-6900
Facsimile:    (949) 823-6994

Attorneys for Defendant Trader Joe's Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH GARLOUGH, an individual; LANCE ALICAYA, an individual; and STEVE MEYLINK, an individual; on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRADER JOE'S COMPANY, a California corporation; and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 3:15-cv-01278-TEH<br><br>**DECLARATION OF LAURIE MEAD IN SUPPORT OF MOTION TO TRANSFER VENUE**<br><br>Date:     August 3, 2015<br>Time:    10:00 a.m.<br>Judge:   Hon. Thelton E. Henderson |

**DECLARATION OF LAURIE MEAD**

I, Laurie Mead, declare and state as follows:

1. The facts set forth below are known to me personally, or I have knowledge of such facts based upon corporate records which I reviewed or based on practices and/or transactions with which I am familiar. Such corporate records are maintained in the regular course of business. If I were called as a witness in this matter, I could and would testify competently to each fact so set forth.

2. I am presently employed by Trader Joe's Company ("Trader Joe's") as Vice President of Human Resources. I have been in this position since approximately 2004. Based on my experience as Vice President of Human Resources at Trader Joe's, I am familiar with all aspects of the company's business described in this declaration.

3. Trader Joe's is a California corporation with its principal place of business in Monrovia, California.

4. Trader Joe's employs approximately 215 employees in its Monrovia headquarters.

5. Trader Joe's presently operates approximately 443 grocery stores in the United States. Of those, approximately 172 are in California, and approximately 271 are in other states. Of the Trader Joe's stores in California, approximately 107 are in Southern California, and approximately 65 are in Northern California.

6. Plaintiffs Keith Garlough, Lance Alicaya, and Steve Meylink ("Plaintiffs") refer to a "Restructuring" event in their First Amended Complaint. Trader Joe's refers to this event as a "Refresh," and I will refer to it accordingly throughout this declaration.

7. Employees in Trader Joe's Monrovia office prepared and disseminated essential information regarding the Refresh to Trader Joe's store managers (known as "Captains") throughout the United States who had primary responsibility for conducting the Refresh. These Monrovia office employees reside in Southern California and, specifically, within 100 miles of the federal courthouses located at 312 North Spring Street and 255 East Temple Street in Los Angeles. These employees' physical files are kept in Trader Joe's Monrovia office.

8. After Captains completed their Refresh assessment in cooperation with their Regional Vice Presidents and made staffing decisions, other employees in the Monrovia office coordinated the resulting position changes. These Monrovia office employees reside in Southern California and, specifically, within 100 miles of the federal courthouses located at 312 North Spring Street and 255 East Temple Street in Los Angeles. These employees' physical files are kept in Trader Joe's Monrovia office.

9. Employees in one of Trader Joe's stores who participated in the Refresh likely have information about the Refresh only as it impacted the specific store in which those employees are located. There are hundreds of such employees, so I will not list their names here. These employees are located everywhere Trader Joe's has stores, and generally reside within reasonable commuting distance of the stores. Because the heaviest concentration of Trader Joe's stores is in Southern California, however, many more of these employees reside in Southern California than in Northern California or any other region or state.

10. Employees in one of Trader Joe's stores who were affected by the Refresh similarly reside in the areas around the store in which they work. I have reviewed the following class definitions in Plaintiffs' First Amended Complaint, which define the ADEA Class as "[a]ll current and former employees who were ages forty years or older when employed by Defendants in the United States and were demoted as part of Defendants' Restructuring in April or May of 2014," and the FEHA Class as "[a]ll current and former employees who were ages forty years or older when employed by Defendants in California and were demoted as part of Defendants' Restructuring in April or May of 2014." The highest concentrations of current and former Trader Joe's employees meeting those criteria are located in Southern California and, specifically, within 100 miles of the federal courthouses located at 312 North Spring Street and 255 East Temple Street in Los Angeles.

11. Since the Refresh took place, numerous individuals who participated in or were affected by the Refresh ceased to be employed by Trader Joe's. For example, since the Refresh, approximately 20 store Captains who participated in the Refresh have left Trader Joe's nationwide. Four of those 20 store Captains worked in Southern California stores and still reside

DECLARATION OF LAURIE MEAD
3:15-CV-01278-TEH

in Southern California. Additionally, a Trader Joe's Regional Vice President who oversaw approximately 20 Southern California stores during the Refresh has retired from his position at Trader Joe's, but still resides in Southern California. Specifically, upon information and belief, these former employees reside within 100 miles of the federal courthouses located at 312 North Spring Street and 255 East Temple Street in Los Angeles.

12. When Trader Joe's employees are hired, they sign paperwork that includes the agreements that govern their relationship with Trader Joe's. This documentation originates in Trader Joe's Monrovia office and is sent to Trader Joe's local stores for execution. Employees with questions about them may speak with local store managers or Human Resources employees located in Monrovia, California. Because the heaviest concentration of Trader Joe's stores is in Southern California, more documentation was signed in Southern California than in any other geographic region.

13. Trader Joe's corporate records regarding the Refresh, as well as custodians and potential 30(b)(6) witnesses on issues such as personnel records, performance records, and company-wide employee data, are also all located in Trader Joe's Monrovia office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED this 26 day of June, 2015, at Los Angeles County, California.

*/s/ Laurie Mead*
Laurie Mead