UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH GARLOUGH, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TRADER JOE'S COMPANY,<br><br>    Defendant. | Case No. 15-cv-01278-TEH<br><br>**ORDER STAYING MOTION TO DISMISS** |

This matter is before the Court on Defendant's motions to transfer venue to the Central District of California (Docket No. 21) and to dismiss the Complaint for failure to state a claim (Docket No. 22). However, Defendant requests that the Court defer consideration of the motion to dismiss until it rules on the motion to transfer. *See* Mot. to Transfer at 1. The Court finds that these motions should be considered in series rather than in parallel. Accordingly, IT IS HEREBY ORDERED that further briefing and argument regarding Defendant's motion to dismiss is STAYED until further action by the Court on Defendant's motion to transfer venue. Defendant's motion to dismiss will not be he heard at the August 3, 2015 hearing.

**IT IS SO ORDERED.**

Dated: 07/01/15       _____

                                      THELTON E. HENDERSON
                                      United States District Judge